IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA AT SOUTH BEND

| | |
|---|---|
| IN RE: | CASE NO. 13-33388 |
| PATRICIA K. MINTON | Chapter 7 |
| Debtor. | Judge Harry C. Dees, Jr. |

## NOTICE OF APPEARANCE

      Now comes David H. Yunghans, an attorney admitted to practice in the Northern District of Indiana at South Bend, and appears on behalf of Carrington Mortgage Services, LLC, in the above captioned proceedings.

Submitted by:

/s/ David H Yunghans
David H. Yunghans, Esq.
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH  45227
Phone (513)322-7000
Facsimile (513)322-7099
Email: INBK@rslegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 16th day of January, 2014, by regular U.S. Mail, postage prepaid, or by electronic filing upon the following:

Patricia K. Minton, Debtor
8988 W 1500 S
Wanatah, IN 46390

Gary D. Boyn, Bankruptcy Trustee
121 West Franklin Street, Suite 400
Elkhart, IN 46516

Nancy J. Gargula, US Trustee
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349

/s/ David H Yunghans
David H. Yunghans, Esq.